## STATE OF CONNECTICUT *v.* JACOB CARATTINI
## (14117)

O'Connell, Landau and Hennessy, Js.

Argued March 26—officially released April 23, 1996

Per Curiam. The judgment is affirmed.

---

## STATE OF CONNECTICUT *v.* GEORGE BURSKI, JR.
## (14568)

Landau, Heiman and Hennessy, Js.

Argued March 26—officially released April 23, 1996

Per Curiam. The judgment is affirmed.

---

## LINDA AYRES *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.
## (14739)

Landau, Heiman and Schaller, Js.

Argued March 29—officially released April 30, 1996

Per Curiam. The judgment is affirmed.

---

## JEROME DUNBAR *v.* ALBERT LINDBOLM ET AL.
## (14553)

Landau, Heiman and Schaller, Js.

Argued March 29—officially released April 30, 1996

Per Curiam. The judgment is affirmed.

---

## DEBRA GABY *v.* STANLEY GABY
## (14264)

Landau, Heiman and Schaller, Js.

Argued March 29—officially released April 30, 1996

Per Curiam. The judgment is affirmed.